UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDRE PAUL PROVOST, JR.,<br><br>    Defendant. | 1:11-cv-2080 LJO DLB<br><br>ORDER DENYING RELIEF (DOC. 16) |

On April 4, 2012, Defendant Andre Paul Provost, Jr. ("Defendant") filed papers titled "Answer to Complaint, Motion to Dismiss." ECF. No. 16. The papers again challenge this Court's jurisdiction and the United States attorney's validity in participating in this case. *Id.* at 1-5. As set out in the Court's Order Re: Plaintiff's Motion to Strike, the Court finds these arguments meritless. ECF. No. 18, Order at 2-5. Further, Defendant's motion is filed late. *See*

///

///

///

///

///

///

///

1

Fed. R. Civ. Pro. 12(a)(1)(A). The Court DENIES Defendant's "motion to dismiss."[1]

IT IS SO ORDERED.

Dated:   **April 12, 2012**                                  **/s/ Lawrence J. O'Neill**
                                                                          UNITED STATES DISTRICT JUDGE

---

[1] Defendant also asserts that his debt to the United States "was discharged March 12th, 2012" via an "Electronic Funds Transfer instrument." ECF No. 16 at 5. The Court construes this as a denial via an Answer. Fed. R. C. Pro. 8(b)(1). This assertion is not a reason to grant dismissal. The Complaint "contain[s] sufficient factual matter, accepted as true, to 'state a claim'" that a debt is owed by Defendant. *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949, (2009) (*quoting Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). Defendant's denial regarding that debt does not warrant dismissal.