# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 11-2080 LJO DLB |
| Plaintiff, | **ORDER TO DENY RELIEF** |
| vs. | (Doc. 20.) |
| ANDRE PAUL PROVOST, JR., | |
| Defendant. | |
| _____/ | |

On April 11, 2012, defendant Andre Paul Provost, Jr. ("Mr. Provost") filed papers (doc. 20.) to challenge this Court's jurisdiction and to make demands on this Court to provide information and documents, including already public matters. Mr. Provost seeks inappropriate relief which this Court is unable to grant. As such, this Court DENIES Mr. Provost relief requested in his papers (doc. 20). Mr. Provost has noted in the record his notions regarding this Court's jurisdiction and related matters, and this Court need comment no further on such issues.

IT IS SO ORDERED.

**Dated:   April 12, 2012**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE