IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 11-2080 LJO DLB |
| Plaintiff, | **ORDER TO FILE ANSWER** |
| vs. | |
| ANDRE PAUL PROVOST, JR., | |
| Defendant. | |
| _____/ | |

On April 2, 2012, defendant Andre Paul Provost, Jr. ("Mr. Provost") filed papers entitled "Answer to Complaint, Motion to Dismiss" (doc. 16). This Court construed the papers to challenge this Court's jurisdiction and denied Mr. Provost's "motion to dismiss." Mr. Provost has no operative pleading to respond to plaintiff United States of America's complaint. As such, this Court ORDERS Mr. Provost, no later than April 30, 2012, to file an answer to the complaint and which complies with F.R.Civ.P. 8(b), other applicable Federal Rules of Civil Procedure, and this Court's Local Rules.

IT IS SO ORDERED.

**Dated:   April 13, 2012**               /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE