# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11cv02080 LJO DLB |
| | ) | |
| | ) | ORDER RE: DEFENDANT'S MOTION FOR RECUSAL |
| Plaintiff, | ) | (Doc. 19) |
| v. | ) | |
| ANDRE PAUL PROVOST, JR., | ) | |
| Defendant. | ) | |

    On April 10, 2012, Defendant Andre Paul Provost, Jr. ("Defendant") filed papers titled "Motion for Recusal and Reconsideration, Memorandum of Law and Affidavit in Support." Doc. 19.  Plaintiff seeks recusal of the undersigned Magistrate Judge on three grounds: (1) failure of the undersigned to "enter a certified copy of his oath into the record" of this action; (2) lack of jurisdiction; and (3) criminal conduct by the undersigned.  As set out in the Court's Order Re: Plaintiff's Motion to Strike and its Order to Deny Relief, the first two grounds have been repeatedly rejected as meritless by this Court.  Docs. 18 and 23.  Further, Defendant's demand for documents that are already public matters seeks inappropriate relief and cannot be granted.

    As to the final ground, alleged criminal conduct by the undersigned warranting impeachment and indictment based on "playing favorites" in this litigation, Defendant has made serious allegations without providing any evidentiary support.  If Defendant has evidentiary support he may submit such in an affidavit or other appropriate form and renew his motion.

1    Defendant is admonished that he, just like an attorney, is subject to the requirements of
2 Rule 11 of the Federal Rules of Civil Procedure.  Rule 11 requires that factual contentions have
3 evidentiary support and that papers are not being filed with the court for any improper purpose,
4 such as to harass or cause unnecessary delay.  Fed. R. Civ. P. 11(b).  Violation of Rule 11 may
5 subject Defendant to sanctions.  Fed. R. Civ. P. 11(c).
6    For the reasons stated, Defendant's motion is DENIED.

8    IT IS SO ORDERED.
9    Dated:   **April 16, 2012**                    **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE