IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANDRE PAUL PROVOST, JR.,<br><br>    Defendant.<br>_____/ | CASE NO. CV F 11-2080 LJO DLB<br><br>**ORDER TO STRIKE**<br>(Doc. 28.) |

    This Court's April 13, 2012 order required defendant Andre Paul Provost, Jr. ("Mr. Provost"), no later than April 30, 2012, to file an answer to plaintiff United States of America's ("Government's") complaint and which complies with F.R.Civ.P. 8(b), other applicable Federal Rules of Civil Procedure, and this Court's Local Rules. On April 30, 2012, Mr. Provost filed document no. 28 entitled "Objection for Ratification of Commencement, Bonding and Qualifying Methods" ("doc. 28"), which the Government correctly characterizes as "a panoply of common tax-defier arguments." Doc. 28 fails to comply with this Court's April 13, 2012 order.

    The Government further correctly notes that doc. 28 contains frivolous matter which "should be summarily dismissed." *See Crain v. Commissioner*, 737 F.2d 1417, 1417 (5th Cir. 1984) ("We perceive no need to refute these arguments with somber reasoning and copious citation of precedent; to do so might suggest that these arguments have some colorable merit.")

    This Court will not indulge Mr. Provost by addressing doc. 28's frivolous matters. This Court

1  surmises that Mr. Provost filed doc. 28 to vex and harass the Government. As such, this Court
2  STRIKES doc. 28 and ADMONISHES Mr. Provost to discontinue to file frivolous papers, such as doc.
3  28. This Court FURTHER ADMONISHES Mr. Provost that he must obey the Federal Rules of Civil
4  Procedure and this Court's Local Rules and orders and is subject to sanctions as this Court deems
5  appropriate and to include entry of default against him.

   IT IS SO ORDERED.

**Dated:   May 3, 2012**                          /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE