# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 11-2080 LJO DLB |
| Plaintiff, | **ORDER TO RETURN DOCUMENTS** |
| vs. | |
| ANDRE PAUL PROVOST, JR., | |
| Defendant. | |
| _____/ | |

Defendant Andre Paul Provost, Jr. ("Mr. Provost") continues to attempt to file frivolous matters despite this Court's orders striking prior frivolous matters and warnings to cease such attempts. On May 23, 2012, Mr. Provost attempted to file a document entitled "Objection and Lawful Show Cause for Noncompliance." This document contains frivolous matters which "should be summarily dismissed." *See Crain v. Commissioner*, 737 F.2d 1417, 1417 (5th Cir. 1984) ("We perceive no need to refute these arguments with somber reasoning and copious citation of precedent; to do so might suggest that these arguments have some colorable merit.")

This Court will not indulge Mr. Provost by addressing the document's frivolous matters. This Court again surmises that Mr. Provost attempted to file the document to vex and harass the United States and its counsel. In the interests of justice and to preserve the record, this Court DIRECTS the clerk to attach a copy of the document to this order and to return the document to Mr. Provost. If Mr. Provost attempts to refile the document, the clerk is directed to return the document to Mr. Provost.

1     This Court again ADMONISHES Mr. Provost to discontinue to file frivolous papers, such as the
2 document returned with this order. This Court FURTHER ADMONISHES Mr. Provost that he must
3 obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and is subject to
4 sanctions as this Court deems appropriate and to include entry of default against him.

6 DATED: May 24, 2012                           <u>LAWRENCE J. O'NEILL</u>
                                                                                U.S. District Judge