# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 11-2080 LJO DLB |
| Plaintiff, | **ORDER TO STRIKE** |
| vs. | (Doc. 35.) |
| ANDRE PAUL PROVOST, JR., | |
| Defendant. | |
| _____/ | |

This Court's June 8, 2012 order ("June 8 order") requires defendant Andre Paul Provost, Jr. ("Mr. Provost"), no later than June 28, 2012, to file an answer to plaintiff United States of America's ("Government's") First Amended Complaint and which complies with F.R.Civ.P. 8, other applicable Federal Rules of Civil Procedure, and this Court's Local Rules. On June 18, 2012, Mr. Provost filed document no. 35 entitled "Objection and Lawful Show of Good Cause for Noncompliance to First Amended Complaint and Non-Subscribed Order Dated 6/8/2012" ("doc. 35"). Doc. 35 "objects for good cause to being subject to involuntary servitude to answer" and appears to challenge the Government's standing to pursue tax assessment claims against Mr. Provost.

Doc. 35 is not an answer which satisfies the June 8 order. Doc. 35 contains frivolous matter which is subject to summary dismissal. *See Crain v. Commissioner*, 737 F.2d 1417, 1417 (5th Cir. 1984) ("We perceive no need to refute these arguments with somber reasoning and copious citation of precedent; to do so might suggest that these arguments have some colorable merit.") Mr. Provost

1  remains obligated to file an answer which satisfies the June 8 order.

2      This Court will not indulge Mr. Provost by addressing doc. 35's frivolous matters.  This Court
3  surmises that Mr. Provost filed doc. 35 to vex and harass the Government and this Court.  As such, this
4  Court STRIKES doc. 35 and again ADMONISHES Mr. Provost to discontinue to file frivolous papers,
5  such as doc. 35.  This Court FURTHER ADMONISHES Mr. Provost that he must obey the Federal
6  Rules of Civil Procedure and this Court's Local Rules and orders and is subject to sanctions as this Court
7  deems appropriate and to include entry of default against him.

9      IT IS SO ORDERED.

10 **Dated:    June 20, 2012**              /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE