IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 11-2080 LJO DLB |
| Plaintiff, | **ORDER TO DENY RELIEF** |
| vs. | (Doc. 39.) |
| ANDRE PAUL PROVOST, JR., | |
| Defendant. | |
| _____/ | |

On June 29, 2012, the clerk entered default against defendant Andre Paul Provost, Jr. ("Mr. Provost"). On July 5, 2012, Mr. Provost filed a document entitled "Notice Request to Forgive Me Offer to Answer" ("July 5 document"). The entry of default cuts off Mr. Provost's ability to appear or present evidence in this action. *See Clifton v. Tomb*, 21 F.2d 893, 897 (4th Cir. 1927). As such, this Court DENIES Mr. Provost relief requested by his July 5 document. *See* F.R.Civ.P. 55(c).

Similar to Mr. Provost's other filings and attempted filings, the July 5 document contains frivolous matters which "should be summarily dismissed." *See Crain v. Commissioner*, 737 F.2d 1417, 1417 (5th Cir. 1984) ("We perceive no need to refute these arguments with somber reasoning and copious citation of precedent; to do so might suggest that these arguments have some colorable merit.") This Court will not indulge Mr. Provost by addressing the July 5 document's frivolous matters.

IT IS SO ORDERED.

**Dated:   July 6, 2012**                         /s/ Lawrence J. O'Neill

1

UNITED STATES DISTRICT JUDGE