1

2

3

4

5

6

7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11

UNITED STATES OF AMERICA,                    CASE NO. CV F 11-2080 LJO DLB

12
                        Plaintiff,            **ORDER TO DENY RELIEF**
13          vs.                               (Doc. 39.)

14  ANDRE PAUL PROVOST, JR.,

15                      Defendant.

16  _____/

17          On June 29, 2012, the clerk entered default against defendant Andre Paul Provost, Jr. ("Mr.

18  Provost").  On July 5, 2012, Mr. Provost filed a document entitled "Notice Request to Forgive Me Offer

19  to Answer" ("July 5 document").  The entry of default cuts off Mr. Provost's ability to appear or present

20  evidence in this action.  *See Clifton v. Tomb*, 21 F.2d 893, 897 (4th Cir. 1927).  As such, this Court

21  DENIES Mr. Provost relief requested by his July 5 document.  *See* F.R.Civ.P. 55(c).

22          Similar to Mr. Provost's other filings and attempted filings, the July 5 document contains

23  frivolous matters which "should be summarily dismissed."  *See Crain v. Commissioner*, 737 F.2d 1417,

24  1417 (5th Cir. 1984) ("We perceive no need to refute these arguments with somber reasoning and copious

25  citation of precedent; to do so might suggest that these arguments have some colorable merit.")  This

26  Court will not indulge Mr. Provost by addressing the July 5 document's frivolous matters.

27          IT IS SO ORDERED.

28  **Dated:    July 6, 2012              /s/ Lawrence J. O'Neill**

1

UNITED STATES DISTRICT JUDGE

2