IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No.: 1:11-cv-02080-LJO-DLB |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER GRANTING** |
| ANDRE PAUL PROVOST, JR., | ) ) | **UNITED STATES' REQUEST TO APPEAR BY TELEPHONE AT** |
| Defendant. | ) ) | **MOTION HEARING** |
| | ) | |

Upon good cause shown,

IT IS HEREBY ORDERED THAT the United States's Request For Counsel to Appear

by Telephone is GRANTED.  Counsel for the United States may appear by phone at the hearing

on its Motion for Default Judgment Against Andre Paul Provost, Jr., currently scheduled for

hearing on September 28, 2012, at 9:00 a.m.

IT IS SO ORDERED.

Dated:    **September 17, 2012**                           **/s/ Dennis L. Beck**
                                                                                    UNITED STATES MAGISTRATE JUDGE