IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDRE PAUL PROVOST, JR.,<br><br>    Defendant. | Civil No.: 1:11-cv-02080-LJO-DLB<br><br>**ORDER GRANTING UNITED STATES' REQUEST TO APPEAR BY TELEPHONE AT MOTION HEARING** |

Upon good cause shown,

    IT IS HEREBY ORDERED THAT the United States's Request For Counsel to Appear by Telephone is GRANTED. Counsel for the United States may appear by phone at the hearing on its Motion for Default Judgment Against Andre Paul Provost, Jr., currently scheduled for hearing on September 28, 2012, at 9:00 a.m.

    IT IS SO ORDERED.

Dated: __September 17, 2012__        __/s/ Dennis L. Beck__
                                                 UNITED STATES MAGISTRATE JUDGE