# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ANDRE PAUL PROVOST, JR.,<br><br>            Defendant. | Case No. 1:11-cv-02080-LJO-SAB<br><br>**ORDER STRIKING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**<br><br>ECF NO. 60 |

On April 24, 2013, Defendant Andre Paul Provost, Jr. ("Defendant") filed a "Notice and Request for Judicial Notice in Support to Strike Wells Fargo's Motion for an Award of Attorney Fees." (ECF No. 60.)

Based upon the caption appearing on the document, Defendant's filing appears to be intended for a state court filing entitled <u>Wachovia Mortgage Corporation v. Andre Paul Provost, Jr.</u>, case number 10-CECG-00514-MWS. It is unclear why Defendant filed the document in this action. The filing describes a deed of trust and note which have no readily apparent relevance to the issues in this action. Moreover, although the filing is titled as a request for judicial notice, the document does not describe any matters upon which judicial notice would be appropriate.

/ / /

/ / /

/ / /

1

1  Accordingly, it is HEREBY ORDERED that Plaintiff's Notice and Request for Judicial
2  Notice in Support to Strike Wells Fargo's Motion for an Award of Attorney Fees (ECF 60) is
3  STRICKEN from the record.

IT IS SO ORDERED.

Dated: **April 29, 2013**

_____
UNITED STATES MAGISTRATE JUDGE