IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 11-2080 LJO DLB |
| Plaintiff, | **ORDER TO STRIKE** |
| vs. | (Doc. 66.) |
| ANDRE PAUL PROVOST, JR., | |
| Defendant. | |
| _____/ | |

U.S. Magistrate Judge Stanley Boone's May 24, 2013 order required defendant Andre Paul Provost, Jr. ("Mr. Provost"), no later than June 6, 2013, to file papers to show cause why Mr. Provost should not be held in contempt for failure to provide discovery responses and to obey orders. On June 5, 2013, Mr. Provost filed document 66 entitled "Plea in Abatement" ("doc. 66"). Doc. 66 fails to comply with the May 24, 2013 order.

Doc. 66 contains frivolous matter which "should be summarily dismissed." *See Crain v. Commissioner*, 737 F.2d 1417, 1417 (5th Cir. 1984) ("We perceive no need to refute these arguments with somber reasoning and copious citation of precedent; to do so might suggest that these arguments have some colorable merit.")

This Court will not indulge Mr. Provost by addressing doc. 66's frivolous matters. This Court surmises that Mr. Provost filed doc. 66 to vex and harass this Court and plaintiff United States of America. As such, this Court STRIKES doc. 66 and again ADMONISHES Mr. Provost to discontinue

1 to file frivolous papers, such as doc. 66.  This Court FURTHER ADMONISHES Mr. Provost that he
2 must obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and is subject
3 to sanctions as this Court deems appropriate.
4 IT IS SO ORDERED.
5 Dated:   **June 13, 2013**            /s/  **Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE