IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDRE PAUL PROVOST, JR.,<br><br>Defendant.<br>_____/ | CASE NO. CV F 11-2080 LJO DLB<br><br>**ORDER TO SET FURTHER CIVIL CONTEMPT HEARING**<br><br>**Date:  June 24, 2013**<br>**Time:  11 a.m.**<br>**Dept.:  4 (LJO)** |

At the request of defendant Andre Paul Provost, Jr. ("Mr. Provost"), this Court set a June 14, 2013 hearing to address civil contempt proceedings initiated by plaintiff United States of America ("Government") against Mr. Provost. The Government appeared by Colin Sampson, Trial Attorney, Tax Division, U.S. Department of Justice and Assistant U.S. Attorney Mark Cullers. Mr. Provost appeared in person and with retained counsel Roger Nuttal. After the parties' on record and off record discussions and on the basis of good cause, this Court:

1.  ORDERS Mr. Provost, no later than 4 p.m. on June 19, 2013, to serve the Government by email or fax complete, accurate, good faith and truthful responses (without objections) to the Government's post-judgment discovery requests;

2.  SETS a hearing for June 24, 2013 at 11 a.m., to address the status of Mr. Provost's responses to the Government's post-judgment discovery requests and whether Mr.

1

1  Provost should be held in contempt, including issuing a bench warrant for his arrest
2  and/or immediate incarceration.
3  Mr. Provost must obey completely this order and provide full compliance.  This Court will not
4  excuse disobedience of this order and will not accept mere substantial compliance with this order.
5  IT IS SO ORDERED.

6  **Dated:   June 17, 2013**          **/s/  Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE