IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 11-2080 LJO DLB |
| Plaintiff, | **ORDER TO PAY FEES AND COSTS** |
| vs. | |
| ANDRE PAUL PROVOST, JR., | |
| Defendant. | |
| _____ / | |

This Court conducted a June 24, 2013 further hearing to address civil contempt proceedings initiated by plaintiff United States of America ("Government") against defendant Andre Paul Provost, Jr. ("Mr. Provost") arising from Mr. Provost's failure to respond to the Government's post-judgment discovery. Mr. Provost appeared in person with counsel Mark Coleman. The Government appeared by telephone by Colin Sampson, Trial Attorney, Tax Division, U.S. Department of Justice. The parties confirmed that Mr. Provost has paid the outstanding judgment, penalties and interest. On the basis of good cause, this Court:

1. ORDERS Mr. Provost, no later than July 24, 2013, to pay the Government $2,280.64 for the Government's fees and expenses and to make such payment using the same wire transfer process which Mr. Provost used to pay the judgment, penalties and interest; and

2. ORDERS the Government to file papers to indicate that Mr. Provost has made the

1

1 $2,280.64 payment within two business days of the payment.

2 This Court will retain contempt jurisdiction until Mr. Provost makes the $2,280.64 payment.
3 After Mr. Provost makes the $2,280.64 payment, the contempt order to show cause will be discharged
4 and this Court's jurisdiction as to this contempt matter will cease.

5 Mr. Provost must obey completely this order and provide full compliance.  This Court will not
6 excuse disobedience of this order and will not accept mere substantial compliance with this order.

7 IT IS SO ORDERED.

8 **Dated:   June 24, 2013**             /s/  Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE